

# NUMBER 13-19-00511-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE ELIZABETH H. GREEN, FRANK F. HENDERSON JR., WELDON W. DIETZE, JOHN F. DIETZE JR., CAROLINE D. BRADFORD, CHRISTIN N. DIETZE, AND ALEXIS E. DIETZE

---

## On Petition for Writ of Mandamus.

---

# ORDER

### Before Justices Benavides, Longoria, and Perkes
### Order Per Curiam

Relators Elizabeth H. Green, Frank F. Henderson Jr., Weldon W. Dietze, John F. Dietze Jr., Caroline D. Bradford, Christin N. Dietze, and Alexis E. Dietze filed a petition for writ of mandamus seeking to compel the trial court to render an order pertaining to the ownership of real property in compliance with Chapter 22 of the Texas Property Code and the Texas Rules of Civil Procedure. *See*, *e.g.*, TEX. PROP. CODE ANN. § 22.03 ("A final judgment that establishes title or right to possession in an action to recover real property is conclusive against the party from whom the property is recovered and against

a person claiming the property through that party by a title that arises after the action is initiated."); Tᴇx. R. Cɪv. P. 804 (governing judgments in trespass to try title cases).  The Court requests that the real parties in interest, Pat A. Boothe, Michael George Malone, Jeffrey M. McCulloch, Danny Wayne McCulloch, and the estate of Sterling Price Boothe, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
16th day of October, 2019.